DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT
_____

TIFFANY MADONNA KORY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2686
_____

October 3, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Joshua B. Riba, Judge.

Tiffany Madonna Kory, pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and MORRIS and LABRIT, JJ., Concur.
_____

Opinion subject to revision prior to official publication.